PROB. 12B
(7/93)

ORIGINAL

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

AUG 2 8 2006

at 3 o'clock and 30 min P.  M
SUE BEITIA, CLERK

# United States District Court

## for the

## DISTRICT OF HAWAII

### Request for Modifying the Conditions or Term of Supervision
### with Consent of the Offender
*(Probation Form 49, Waiver of Hearing is Attached)*

Name of Offender:  MONA HIIACA HUIHUI          Case Number:  CR 00-00184HG-08
                   aka "Jiaca"

Name of Sentencing Judicial Officer:   The Honorable Helen Gillmor
                                       Chief U.S. District Judge

Date of Original Sentence:  10/29/2001

Original Offense:  Count 1:  Conspiracy to Distribute and Possess With Intent to Distribute Heroin, Crystal Methamphetamine, Cocaine, and Marijuana, in violation of 21 U.S.C. § 846, a Class C felony

Counts 9, 10, and 14:  Use of a Telephone to Facilitate a Conspiracy to Distribute Cocaine, Heroin, Crystal Methamphetamine, and Marijuana, in violation of 21 U.S.C. § 843(b), Class E felonies

Count 16:  Aid and Abet the Possession With Intent to Distribute in Excess of 50 Grams of Crystal Methamphetamine, in violation of 21 U.S.C. § 841(a)(1), a Class A felony

Original Sentence:  Forty-one (41) months imprisonment as to each of Counts 1, 9, 10, 14, and 16, all such terms to run concurrently, to be followed by five (5) years of supervised release as to each of Counts 1 and 16; and one (1) year as to each of Counts 9, 10, and 14, all such terms to run concurrently, with the following special conditions: 1) That the defendant participate in a substance abuse program, which may include drug testing at the discretion and direction of the Probation Office; 2) That the defendant provide the Probation Office access to any requested financial information; and 3) That the defendant shall submit her person, residence, place of employment, or vehicle to a search conducted by the U.S. Probation Office at a reasonable time and in a reasonable manner, based upon reasonable suspicion of contraband or evidence of a violation of a condition of release.  Failure to submit to a search

Prob 12B
(7/93)

2

|   |   |
|---|---|
| | may be grounds for revocation. The defendant shall warn any other resident that the premises may be subject to search pursuant to this condition. |
| Modified Sentence: | On 11/2/2003, the Court modified the conditions of supervision for the subject's association with convicted felon, Calvin Militante. The following special condition was imposed: 4) That the defendant be placed on home confinement with electronic monitoring for a period up to 3 months. During this time, the defendant shall remain at her place of residence during non-working hours and shall not leave her residence without the approval of the Probation Office. The defendant shall wear an electronic monitoring device and follow electronic monitoring procedures pursuant to the Participant's Agreement and shall earn leave as determined by the Probation Office. |
| Revocation Offense and Sentence: | On 2/9/2005, the Court revoked supervised release for the following violations: 1) The subject failed to follow the instructions of the Probation Officer issued on 10/19/2004; 2) That on or about 11/30/2004, the subject failed to notify the Probation Office 10 days prior to a change in residence; 3) That on 1/19/2005, the subject submitted a urine specimen that was confirmed positive for marijuana; and 4) The subject failed to truthfully answer the Probation Officer's inquiries on 1/19/2005. |
| | The subject was sentenced to six (6) months imprisonment as to each of Counts 1, 9, 10, 14, and 16, all such terms to run concurrently. This was to be followed by fifty-four (54) months supervised release, as to Counts 1 and 16, all such terms to run concurrently, with the following special conditions: 1) That the defendant participate in a substance abuse program, which may include drug testing at the discretion and direction of the Probation Office; 2) That the defendant provide the Probation Office access to any requested financial information; and 3) That the defendant shall submit her person, residence, place of employment, or vehicle to a search conducted by the U.S. Probation Office at a reasonable time and in a reasonable manner, based upon reasonable suspicion of contraband or evidence of a violation of a condition of supervision. Failure to submit to a search may be grounds for revocation. The defendant shall warn any other resident that the premises may be subject to search pursuant to this condition. |

Type of Supervision: Supervised Release     Date Supervision Commenced: 8/5/2005

Prob 12B
(7/93)

3

## PETITIONING THE COURT

[X]   To modify the conditions of supervision as follows:

General Condition: *That the defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of the commencement of supervision and at least two drug tests thereafter but no more than eight valid drug tests per month during the term of supervision.*

Special Condition No. 1: *That the defendant shall participate and comply with substance abuse treatment which includes drug and alcohol testing. The defendant is to refrain from the possession and/or use of alcohol while participating in substance abuse treatment.*

## CAUSE

| Violation Number | Nature of Noncompliance |
|---|---|
| 1. Special Condition No. 1 | The subject refused to comply with drug testing on 10/16/2005, 4/7/2006, and 7/19/2006. |

Per Special Condition No. 1, the subject was referred to outpatient substance abuse counseling and drug testing at Freedom Recovery Services (FRS). Our office was informed by FRS that on 10/16/2005, 4/7/2006, and 7/19/2006, the subject failed to submit a urine specimen for testing. As the subject was oriented to the requirements of the drug testing program, she is charged with refusal to comply with drug testing. With regard to the 10/16/2005 drug test, the subject admitted that she was not calling FRS on weekends because she didn't think there would be weekend drug testing. The subject was admonished and instructed to call FRS daily in the future. With regard to the 4/7/2006 drug test, the subject admitted that she simply forgot to call FRS. With regard to the 7/19/2006 drug test, the subject admitted that she missed drug testing due to a camping trip with family. The subject was admonished on both occasions and counseled to be more responsible.

Considering her non-compliance and in light of <u>U.S. vs. Stephens</u>, we are requesting that the Court modify the mandatory drug testing condition (General Condition) to allow for further drug testing consistent with the Ninth Circuit ruling. We are also requesting that Special Condition No. 1 be revised to include updated language. Our office believes that due to the subject's history of illicit drug use and prior revocation, it is prudent to randomly test the subject for illicit drug use until the expiration of supervision.

Prob 12B
(7/93)

4

    As noted by her signature on the attached Waiver of Hearing form (Probation Form 49), the subject maintains no objections to this recommendation. The subject's attorney and the U.S. Attorney's Office have been notified of the proposed modifications.

Respectfully submitted by,

*[signature]*

FRANK M. CONDELLO, II
U.S. Probation Officer

Approved by:

*[signature]*

TIMOTHY M. JENKINS
Supervising U.S. Probation Officer

Date: 8/24/2006

---

THE COURT ORDERS:

[ X ]   The Modification of Conditions as Noted Above
[   ]   Other

*[signature]*

HELEN GILLMOR
Chief U.S. District Judge

8-25-06
Date

PROB 49
(5/96)

# United States District Court

### District of Hawaii

### Waiver of Hearing to Modify Conditions
### of Probation/Supervised Release and/or Extend Term of Supervision

I have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my Conditions of Probation and Supervised Release and/or my period of supervision being extended. By "assistance of counsel," I understand that I have the right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel. I also understand that I have the right to request the court to appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel of my own choosing.

I hereby voluntarily waive my statutory right to a hearing and to assistance of counsel. I also agree to the following modification of my Conditions of Probation and Supervised Release and/or to the proposed extension of my term of supervision:

[ X ]   To modify the conditions of supervision as follows:

*General Condition:*   That the defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of the commencement of supervision and at least two drug tests thereafter but no more than eight valid drug tests per month during the term of supervision.

*Special Condition No. 1:*   That the defendant shall participate and comply with substance abuse treatment which includes drug and alcohol testing. The defendant is to refrain from the possession and/or use of alcohol while participating in substance abuse treatment.

Witness: *[signature]*
FRANK M. CONDELLO, II
U.S. Probation Officer

Signed: *[signature]*
MONA HIIACA HUIHUI
Supervised Releasee

7/25/2006
Date