IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR 00-00184HG |
| | ) | |
| Plaintiff(s), | ) | |
| | ) | WITHDRAWAL OF EXHIBITS |
| vs. | ) | RECEIPT FOR EXHIBITS |
| | ) | |
| (08) MONA HIIACA HUIHUI, | ) | |
| | ) | |
| Defendant(s). | ) | |
| | ) | |

I, Susan Cushman of U.S. Attorney's Office, the designated Court custodian of all of the Government's exhibits admitted at the hearing on Motion to Suppress on the attached list herein, acknowledge receipt of said exhibits and assume full responsibility for the preservation and maintenance of said exhibits until the final disposition of this case.

DATED:   Honolulu, Hawaii, on July 10, 2006.

_____
Signature

_____   Attorney for:
Susan Cushman

04/10/2001    277    EP: MINUTES: MINUTE ORDER of a hearing that was held April 6, 2001 from 10:00 - 4:55: Scott Anderson CST. Bradford Kaylor CST. Julie Butterfield CST. Government rested. John Zidzik CST on behalf of Defendant Huihui. Government's Exhibits 1 and 2 admitted. (Government Exhibit 1 (Waiver of Rights Form and Original Audio Tape) was returned to the Government in open court.) Defendant Huihui's Exhibits 1 thru 5 admitted. Arguments made. Th