AO 442 (Rev. 10/03) Warrant for Arrest

# UNITED STATES DISTRICT COURT
## District of Hawaii

474202

| UNITED STATES OF AMERICA | WARRANT FOR ARREST |
|---|---|
| V. | Case Number: CR 00-00184HG(08) |
| **MONA HIIACA HUIHUI, AKA "JIACA"** | FILED IN THE UNITED STATES DISTRICT COURT DISTRICT OF HAWAII |
| (Name and Address of Defendant) | NOV 27 2006 |

To: The United States Marshal and any Authorized United States Officer

at 10 o'clock and 25 min A M
SUE BEITIA, CLERK

YOU ARE HEREBY COMMANDED TO ARREST MONA HIIACA HUIHUI, AKA "JIACA" and bring him or her forthwith to the nearest district/ magistrate judge to answer a Violation Notice, charging him or her with (brief description of offense)

ORDER TO SHOW CAUSE WHY SUPERVISION SHOULD NOT BE REVOKED.

*RECEIVED 2006 NOV 21 AM 10:37 U.S. MARSHALS SERVICE HONOLULU, HI*

in violation of Title United States Code, Section(s) .

| Sue Beitia | Clerk U.S. District Court |
|---|---|
| Name and Title of Issuing Officer | Title of Issuing Officer |
| *[signature]* | 11/20/2006 at Honolulu, Hawaii |
| Signature of Issuing Officer/Deputy Clerk | Date and Location |

Bail Fixed at NO BAIL      By: Helen Gillmor, Chief United States District Judge

## RETURN

This warrant was received and executed with the arrest of the above-named defendant at HONOLULU, HI.

| Date Received | 11-21-06 | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|---|
| Date of Arrest | 11-27-06 | RUSSELL NAKASATO DUSM | *[signature]* |