# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

12/08/2006  4:30 pm

SUE BEITIA, CLERK

**CASE NUMBER:**  CR 00-00184HG

**CASE NAME:**  UNITED STATES OF AMERICA v. (08) MONA HIIACA HUIHUI, aka "Jiaca"

**ATTYS FOR PLA:**  Susan Cushman, AUSA

**ATTYS FOR DEFT:**  Reginald P. Minn, Esq.

**U.S.P.O.:**  Frank M. Condello, II

---

**JUDGE:**  Helen Gillmor       **REPORTER:**  Stephen Platt

**DATE:**  December 8, 2006       **TIME:**  10:00 - 10:30

---

**COURT ACTION:**    ORDER TO SHOW CAUSE WHY SUPERVISED RELEASE SHOULD NOT BE REVOKED AS TO DEFENDANT (08) MONA HIIACA HUIHUI

The defendant is present in custody.

The defendant admitted to Violations 1 - 5.

The Court finds that this is a Grade C violation, Criminal History Category I.

Allocution by the defendant.

The hearing on the Order to Show Cause Why Supervised Release Should Not Be Revoked as to Defendant (08) Mona Hiiaca Huihui is continued to December 18, 2006 at 2:00 p.m. to allow Mr. Minn to locate a program that will accept the defendant.

Submitted by: Mary Rose Feria, Courtroom Manager