# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

January 22, 2007  4:30 pm

SUE BEITIA, CLERK

| | |
|---|---|
| CASE NUMBER: | CR 00-00184HG-08 |
| CASE NAME: | UNITED STATES OF AMERICA v. MONA HIIACA HUIHUI, aka "Jiaca" |
| ATTYS FOR PLA: | Thomas Koenig, Special AUSA |
| ATTYS FOR DEFT: | Reginald P. Minn, Esq. |
| U.S.P.O.: | Frank M. Condello, II |

| | | | |
|---|---|---|---|
| JUDGE: | Helen Gillmor | REPORTER: | Stephen Platt |
| DATE: | January 22, 2007 | TIME: | 1:30 - 1:50 |

COURT ACTION:  FURTHER HEARING ON THE ORDER TO SHOW CAUSE WHY SUPERVISED RELEASE SHOULD NOT BE REVOKED AS TO DEFENDANT (08) MONA HIIACA HUIHUI -

The defendant is present in custody.

On December 8, 2006, the defendant admitted to Violations 1 - 5 and the Court found that this is a Grade C violation, Criminal History Category I.

Allocution by the defendant.

The Court orders that on January 24, 2007 defendant (08) Mona Hiiaca Huihui be brought to the cell block at the United States Marshals Office in Honolulu, Hawaii.

The Court is releasing the defendant to the custody of U.S. Probation Officer Frank Condello, II on January 24, 2007.  USPO Frank Condello, II shall escort the defendant to the Salvation Army Women's Way for admission into their program.

Special Condition No. 4: The defendant shall enter the Salvation Army Women's Way residential substance abuse program until clinically discharged.

Letter dated January 10, 2007 from Beth Kurren Cox of The Salvation Army is filed.

The hearing on the Order to Show Cause Why Supervised Release Should Not Be Revoked as to Defendant (08) Mona Hiiaca Huihui is continued to June 28, 2007 at 1:30 p.m.

    Submitted by: Mary Rose Feria, Courtroom Manager