

# The Salvation Army
*Family Treatment Services*

DOING THE MOST GOOD

Founded in 1865

William Booth
*Founder*

Shaw Clifton
*General*

Philip Swyers
*Territorial Commander*

David E. Hudson
*Divisional Commander*

Linda L. Rich
*Executive Director*

Cr 00-0184HG-08

January 10, 2007

Reginald Minn
841 Bishop St. Suite 2116
Honolulu, HI 96813

RE: Huihui, Mona

Dear Mr. Minn;

Based on the assessment with Ms. Mona Huihui at the Federal Detention Center January 10, 2007, Ms. Huihui meets criteria for admission into Women's Way. Pending the decision of the Court, we have a bed space available for January 24, 2007. We can have a representative from Women's Way pick her up at the facility on that date. Please let us know the outcome of her hearing.

Again we want to thank-you for considering Salvation Army Family Treatment Services, Women's Way as a resource for your clients. We look forward to working with you again the future.

Sincerely,

Beth Kurren Cox, QCSW, LSW, CSAC
Admission and Assessment Coordinator

Reviewed/Approved by:

Leslie Moody BA.

Leslie Moody, BA
Addiction Programs Manager

Participating Agency
Aloha United Way

845 22nd Avenue • Honolulu, Hawai'i 96816 • Tel: (808) 732-2802 • Fax: (808) 734-7470
Visit us at: www.SalvationArmyHawaii.org