# MINUTES

| | |
|---|---|
| CASE NUMBER: | CR 00-00184HG-008 |
| CASE NAME: | U.S.A. v. (08) MONA HIIACA HUIHUI, aka "Jiaca" |
| ATTYS FOR PLA: | Thomas C. Koenig, SAUSA |
| ATTYS FOR DEFT: | Reginald P. Minn, Esq. |
| U.S.P.O.: | Frank M. Condello, II |

| | | | |
|---|---|---|---|
| JUDGE: | Helen Gillmor | REPORTER: | Stephen Platt |
| DATE: | July 13, 2007 | TIME: | 9:45 - 10:05 |

COURT ACTION:  FURTHER HEARING ON ORDER TO SHOW CAUSE WHY SUPERVISED RELEASE SHOULD NOT BE REVOKED AS TO DEFENDANT (08) MONA HIIACA HUIHUI -

The defendant is present on bond.

On December 8, 2006, the defendant admitted to Violations 1 - 5 and the Court found that this is a Grade C violation, Criminal History Category I.

Counselor Kalani Ka'ahanui informed defense counsel Mr. Reginald P. Minn that the defendant's transition date out of residential treatment is July 25, 2007.  The defendant will not be clinically discharged until after completing the outpatient portion of the treatment.

Current order remains in place.

Further Hearing on Order to Show Cause Why Supervised Release Should Not Be Revoked as to Defendant (08) Mona Hiiaca Huihui is continued to October 29, 2007 at 10:00 a.m.

Submitted by: Mary Rose Feria, Courtroom Manager