# MINUTES

| | |
|---|---|
| CASE NUMBER: | CR 00-00184HG-008 |
| CASE NAME: | UNITED STATES OF AMERICA v. (08) MONA HIIACA HUIHUI |
| ATTYS FOR PLA: | Thomas C. Koenig, SAUSA |
| ATTYS FOR DEFT: | (08) Reginald P. Minn, Esq. |
| U.S.P.O.: | Frank M. Condello, II |

| | | | |
|---|---|---|---|
| JUDGE: | Helen Gillmor | REPORTER: | Stephen Platt |
| DATE: | October 24, 2007 | TIME: | 10:15 - 10:35 |

COURT ACTION:  FURTHER HEARING ON THE ORDER TO SHOW CAUSE WHY SUPERVISED RELEASE SHOULD NOT BE REVOKED AS TO DEFENDANT (08) MONA HIIACA HUIHUI -

The defendant is present on bond.

On December 8, 2006, the defendant admitted to Violations 1 - 5 and the Court found that this is a Grade C violation, Criminal History Category I.

A letter dated October 22, 2007 from counselor Kalani Ka'ahanui received by the Court. The defendant's tentative graduation date/receipt of clinical discharge is November 28, 2007.  The defendant will not be clinically discharged until after completing the outpatient portion of the treatment.

Further Hearing on Order to Show Cause Why Supervised Release Should Not Be Revoked as to Defendant (08) Mona Hiiaca Huihui is continued to January 10, 2008 at 3:45 p.m.

Submitted by:  Mary Rose Feria, Courtroom Manager