

# The Salvation Army
*Family Treatment Services*

**DOING THE MOST GOOD**

Founded in 1865

William Booth
*Founder*

John Larsson
*General*

Philip Swyers
*Territorial Commander*

David E. Hudson
*Divisional Commander*

Claire Woods
*Executive Director*

Date: October 22, 2007

Re: Mona Huihui – Federal Court Appearance 10/25/07

To whom it may concern:

This correspondence is to confirm Ms. Huihui's enrollment in the Salvation Army Family Treatment Services (SAFTS) Women's Way (WW) program, a six month structured residential substance abuse program for pregnant women or women with their dependent child. According to our records, Mona was admitted to WW in January 2007 and completed the residential portion of her treatment on July 28, 2007.

At that time, Mona was referred to SAFTS - Ke Ola Pono Therapeutic Living Program, a 4 month transitional living program that serves pregnant or parenting women in early recovery who are completing treatment and in the process of practicing and learning healthy living skills. Support Services include 24-hour staffing, referrals and linkages with community resources and activities, help and guidance in using more positive parenting skills and the development of vocational and educational plans. Mona is concurrently enrolled in the SAFTS Continuing Care treatment program.

In addition to her successful completion of the Women's Way residential program, and in order to obtain a Clinical Discharge, Mona will be required to satisfactorily complete the Continuing Care Treatment Program through Salvation Army FTS. Continuing Care requires her to attend 12 weeks of Relapse Prevention Group and Family Process Group, as well as a minimum of 3 AA/NA meetings per week.

Mona has continued to be engaged in treatment as evidenced by the following:
- Has actively participated in continuing care treatment
- Has been proactive in gaining insight and addressing individual needs in her recovery
- Continues to identify, process and resolve issues that have contributed to her substance abuse and related lifestyle
- Developing a working relationship with her sponsor
- Developing a more extensive sober support network
- Re-establishing family relationships
- Understanding family patterns that lead to relapse
- Developed a relapse prevention plan and uses that plan
- Identified issues that have contributed to her substance use and continuously and progressively works on those issues
- Regularly attends required AA/NA meetings a week
- Attends individual therapy to continue to work on identified personal issues that affect her recovery, relationships and parenting (Dr. Shanahan)
- Addresses family/parenting issues in therapy with her daughter
- Committed to finding safe and appropriate long term housing for herself and both children
- Committed to completing treatment, graduating and receiving her Clinical Discharge
    o Tentative Date of Graduation/Receipt of Clinical Discharge 11/28/07
    o Tentative Date of Transition out of KOP transitional housing 12/5/07

Participating Agency

Aloha United Way

845 22nd Avenue • Honolulu, Hawai'i 96816 • Tel: (808) 732-2802 • Fax: (808) 734-7470
Visit us at: www.SalvationArmyHawaii.org



# The Salvation Army
*Family Treatment Services*

DOING THE
MOST GOOD

Founded in 1865

William Booth
*Founder*

John Larsson
*General*

Philip Swyers
*Territorial Commander*

David E. Hudson
*Divisional Commander*

Claire Woods
*Executive Director*

SAFTS programs utilize a multidisciplinary treatment approach and services are designed to address the families' social, emotional, physical, and spiritual needs, with the goal of improving a family's overall functioning.

Sincerely,

Kalani Ka'ananui, PsyD
Salvation Army Women's Way
Acting Clinical Supervisor

CC: Client File

Participating Agency

Aloha United Way

845 22nd Avenue • Honolulu, Hawai'i 96816 • Tel: (808) 732-2802 • Fax: (808) 734-7470
Visit us at: www.SalvationArmyHawaii.org