# MINUTES

| | |
|---|---|
| CASE NUMBER: | CR 00-00184HG-008 |
| CASE NAME: | UNITED STATES OF AMERICA v. (08) MONA HIIACA HUIHUI |
| ATTYS FOR PLA: | Thomas C. Koenig, SAUSA |
| ATTYS FOR DEFT: | (08) Reginald P. Minn, Esq. |
| INTERPRETER: | Frank M. Condello, II |

| | | | |
|---|---|---|---|
| JUDGE: | Helen Gillmor | REPORTER: | Gloria Bediamol |
| DATE: | January 15, 2008 | TIME: | 3:00 - 3:25 |

COURT ACTION:  ORDER TO SHOW CAUSE WHY SUPERVISED RELEASE SHOULD NOT BE REVOKED AS TO DEFENDANT (08) MONA HIIACA HUIHUI -

Defendant is present on bond.

On December 8, 2006, the defendant admitted to Violations 1 - 5 and the Court found that this is a Grade C violation, Criminal History Category I.

Defendant (08) Mona Hiiaca Huihui was clinically discharged on November 28, 2007.

Allocution by the defendant.

Supervised Release is revoked.

     ADJUDGED: TIME SERVED, as to each of Counts 1 and 16, all terms to run concurrently.

     SUPERVISED RELEASE:  52 MONTHS, as to each of Counts 1 and 16, upon the following conditions:

1. That the defendant shall abide by the standard conditions of supervision.

2. That the defendant not commit any crimes, federal, state, or local (mandatory condition).

3.     That the defendant not possess illegal controlled substances (mandatory condition).

4.     That the defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of commencement of supervision and at least two drug tests thereafter but no more than 8 valid drug tests per month during the terms of supervision.

5.     That the defendant shall not possess a firearm, ammunition, destructive device, or any other dangerous weapon.

6.     That the defendant shall participate in and comply with substance abuse treatment which includes drug and alcohol testing in a program approved by the Probation Office. The defendant is to refrain from the possession and/or use of alcohol while participating in substance abuse treatment.

7.     That the defendant shall execute all financial disclosure forms and provide the Probation Office and the Financial Litigation Unit of the U.S. Attorney's Office access to any requested financial information to include submitting to periodic debtor's examination as directed by the Probation Office.

8.     That the defendant shall submit his person, residence, place of employment, or vehicle to a search conducted by the U.S. Probation Office at a reasonable time and in a reasonable manner, based upon reasonable suspicion of contraband or evidence of a violation of a condition of supervision. Failure to submit to a search may be grounds for revocation. The defendant shall warn any other resident that the premises may be subject to search pursuant to this condition.

Advised of rights to appeal the sentence, etc.

Submitted by: Mary Rose Feria, Courtroom Manager